**Opinion issued June 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————

## NO. 01-13-00205-CR

———————

## IN RE CUONG ANH VAN NGUYEN, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Pro se relator Cuong Anh Van Nguyen has petitioned this court for mandamus relief, naming as respondent John Hawkins, an attorney with the Fort Bend County District Attorney's office.[*] In the petition, relator complains that his pre-sentencing jail time credit has been inaccurately calculated, and he seeks to have this calculation corrected.

---

[*] The underlying case is *State v. Cuong Anh Van Nguyen*, Case Number 06-DCR-044680A, in the 268th District Court of Fort Bend County, Texas. The respondent is John Hawkins, an assistant district attorney in Fort Bend County.

Relator's request does not fall within our mandamus jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004); *In re Praker*, No. 01–10–001057–CR, 2011 WL 1326010, at *1 (Tex. App.—Houston [1st Dist.] April 7, 2011, orig. proceeding). We do not have mandamus jurisdiction against a district attorney unless necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221; *Praker*, 2011 WL 1326010, at *1; *see also In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding). Because the relief requested by relator is not necessary to enforce this court's jurisdiction, we have no jurisdiction to compel the district attorney to act. *See* TEX. GOV'T CODE ANN. § 22.221.

We dismiss the petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).